UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EXPRESSIONS HAIR DESIGN, LINDA FIACCO, THE BROOKLYN FARMACY & SODA FOUNTAIN, INC., PETER FREEMAN, BUNDA STARR CORP., DONNA PABST, FIVE POINTS ACADEMY, STEVE MILLES, PATIO.COM LLC, and DAVID ROSS,<br><br>Plaintiffs,<br><br>– v. –<br><br>ERIC T. SCHNEIDERMAN, in his official capacity as Attorney General of the State of New York, CYRUS R. VANCE, JR., in his official capacity as District Attorney of New York County, CHARLES J. HYNES, in his official capacity as District Attorney of Kings County, and GERALD F. MOLLEN, in his official capacity as District Attorney of Broome County,<br><br>Defendants. | No. 13-cv-3775 (JSR)<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Eric T. Schneiderman, in his official capacity as Attorney General of the State of New York, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Stipulated Final Judgment and Permanent Injunction entered in this action on November 5, 2013.

Dated: New York, New York
       December 2, 2013

ERIC T. SCHNEIDERMAN
Attorney General of the State of New York

By:

  /s/
Garrett Coyle
Assistant Attorney General
120 Broadway, 24th Floor
New York, New York 10271
Tel: (212) 416-6696
Fax: (212) 416-6009
Garrett.Coyle@ag.ny.gov
*Attorney for Defendant Schneiderman*